IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Killion, Sekordrei V

Printed: 12/23/08

Case Number: 08 B 21781
Judge: Wedoff, Eugene R
Filed: 8/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Illinois State Tollway | Unsecured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 4. | Municipal Collection Services | Unsecured | 0.00 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 8. | MCSI | Priority | | No Claim Filed |
| 9. | City of Harvey | Priority | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | MCSI | Unsecured | | No Claim Filed |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Killion, Sekordrei V | Case Number:  08 B 21781 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  8/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

